USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL CHESTNOV**
*Assistant Corporation Counsel*
(212) 788-0991
(212) 788-9776 (fax)
mchestno@law.nyc.gov

**MEMO ENDORSED**

February 20, 2008

**BY FAX**
Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Opposition papers shall be due 3/25/08.

APPLICATION GRANTED; Plaintiff
SO ORDERED

*[signature]*
Frank Maas, USMJ  2/20/08

Re:   Hans Alexander v. City of New York, et al.
      07 Civ. 5676 (JSR)(FM)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants. By letter dated February 11, 2008, defendants requested permission to move for a stay of this matter pending the outcome of plaintiff's underlying criminal case. On February 13, 2008, this Court granted this request and ordered that defendants serve and file their motion by February 20, 2008. However, the Assistant Corporation Counsel assigned to the defense of this matter, Morgan D. Kunz, has been out of the office since February 13, 2008. Mr. Kunz, who is out of the country, was supposed to return yesterday, but his flight home was cancelled, and he is now scheduled to return late tonight. Therefore, defendants respectfully request a brief enlargement of time, until February 25, 2008, to serve and file their motion, so that Mr. Kunz will have an opportunity to prepare the motion papers. As plaintiff is incarcerated and proceeding *pro se*, this application is made directly to the Court. No previous request for an extension has been made by defendants.

    I thank the Court for its time and consideration of this request.

Respectfully submitted,

*[signature]*
Michael Chestnov
Assistant Corporation Counsel

cc:   Hans Alexander, plaintiff *pro se*
      #2█████████
      North Infirmary Command
      15-00 Hazen Street
      East Elmhurst, NY 11370 (via First Class Mail)